# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2009

139424 & (31)(32)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ROBERT MASON,
          Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
          Defendant/
          Third-Party Plaintiff-Appellant,

v

CHRYSLER L.L.C., f/k/a
DAIMLERCHRYSLER COMPANY, L.L.C.,
DAIMLERCHRYSLER CORPORATION
and/or DAIMLERCHRYSLER, and
DAIMLERCHRYSLER INSURANCE
COMPANY,
          Third-Party Defendants,

and

CHRYSLER L.L.C., f/k/a
DAIMLERCHRYSLER CORPORATION,
          Third-Party Counter Plaintiffs,

v

ALLSTATE INSURANCE COMPANY,
          Third-Party Counter Defendant.

SC: 139424
COA: 292490
Oakland CC: 2008-089794-NI

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 25, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2009

_____
Clerk

p0901